UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RUSSELL BERGMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MATT'S CUSTOM MEATS, INC., an Idaho Corporation and MATHEW FROEHLICH, an individual,<br><br>    Defendants. | Case No. 4:18-cv-00053-DCN<br><br>**ORDER OF DISMISSAL** |

Based upon the Stipulation of Dismissal filed by the parties in the instant case (Dkt. 22),

IT IS HEREBY ORDERED that:

1. This action is DISMISSED WITH PREJUDICE and CLOSED.

2. Each party will bear their own costs and attorney's fees.

DATED: May 21, 2019

_____
David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL - 1